IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

DONALD GENE HOLMES                    §

VS.                                   §    CIVIL ACTION NO. 1:10cv509

UNITED STATES OF AMERICA              §

MEMORANDUM OPINION REGARDING VENUE

Petitioner Donald Gene Holes, an inmate confined in the
Federal Correctional Institution at Big Spring, Texas ("FCI-Big
Spring"), proceeding *pro se*, filed what has been construed as a
petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.
Petitioner seeks credit towards his sentence for time spent in
pretrial detention.

A petition filed pursuant to Section 2241 must filed in the
judicial district where the petitioner is incarcerated. *United
States v. Gabor*, 905 F.2d 76 (5th Cir. 1990).

FCI-Big Spring is located in the Abilene Division of the
Northern District of Texas.  As petitioner is not confined within
the Eastern District of Texas, this court lacks jurisdiction over
his petition and may not adjudicate his claim.  Accordingly, this
petition will be transferred to the Abilene Division of the
United States District Court for the Northern District of Texas.

A Transfer Order shall be entered in accordance with this Memo-
randum Opinion.

**SIGNED** this ____3____ day of _____September_____, 2010.


_Earl S. Hines_
EARL S. HINES
UNITED STATES MAGISTRATE JUDGE

2